**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Steven Smith
Camp D Eagle #4 DOC No. 129336
Louisiana State Prison
Angola LA 70707

> Judgment on rehearing rendered and mailed to all parties or counsel of record on **October 17, 2018**

### REHEARING ACTION: October 17, 2018

**Docket Number: 18   00150-KH**

**STATE OF LOUISIANA**
**VERSUS**
**STEVEN SMITH**

**Writ Application from Lafayette Parish Case No. 1988-CR-56482**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Steven Smith** is:

    **REHEARING DENIED.**  Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Hon. Keith A. Stutes, Counsel for  the Respondent